UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 25-60094-CR-SMITH

UNITED STATES OF AMERICA

vs.

STEVEN LAZARIDES,

Defendant.
______________________________/

**ORDER FOR DISMISSAL**

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure and by leave of Court endorsed hereon, the United States Attorney for the Southern District of Florida hereby dismisses without prejudice the indictment against the Defendant STEVEN LAZARIDES.

Respectfully submitted,

BRUCE O. BROWN
FOR JASON A. REDING QUIÑONES
UNITED STATES ATTORNEY

Leave of Court is granted for the filing of the foregoing dismissal.

DATE: 9/10/2025

RODNEY SMITH
UNITED STATES DISTRICT JUDGE

cc: AUSA Deric Zacca
Lauren Field Krasnoff, Esq.